BTXN 100 (rev. 02/10)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Heritage Consolidated, LLC<br><br>Debtor(s)<br>Endeavor Energy Resources, L.P., Acme Energy Services, Inc. d/b/a Big Dog Drilling and Acme Energy Services, Inc. d/b/a Rig Movers Express<br>Appellant(s)<br>vs.<br>Heritage Consolidated, LLC and Heritage Standard Corporation<br>Appellee(s) | § § § § § § § § § § § § § § | Case No.: 10–36484–hdh11<br>Chapter No.: 11<br><br><br>Adversary No.: 11–03047–hdh<br>Civil Action No.: |

# TRANSMITTAL AND CERTIFICATION OF RECORD ON APPEAL

Pursuant to Federal Rules of Bankruptcy Procedure 8007, the appeal filed on 03/01/2012 regarding [117] Order Granting Motion to Dismiss Additional Claims Asserted in Amended Complaint. Entered on 2/10/2012 (RE: related document(s) [102] Motion to dismiss/withdraw document ). by Endeavor Energy Resources, L.P., Acme Energy Services, Inc. d/b/a Big Dog Drilling and Acme Energy Services, Inc. d/b/a Rig Movers Express in the above styled bankruptcy case is hereby transmitted to the U.S. District Court for the Northern District of Texas.

This record on appeal contains all items listed on the attached index, but is not in compliance with Rule 8006 of the Federal Rules of Bankruptcy Procedure and is **deficient** for the following reason(s):

- ☑ Appeal not timely filed.

- ☐ Appeal filing fee not paid.

- ☐ Appellant(s) failed to file designation of the record.

- ☐ Appellant(s)/Appellee(s) failed to provide or prepay for the items designated.

- ☐

All further pleadings or inquiries regarding this matter should be directed to the U.S. District Clerk's Office until such time as the appeal is fully processed in the U.S. District Court.

The above referenced record was delivered to the U.S. District Clerk's Office on March 1, 2012.

DATED: 3/1/12                    FOR THE COURT:
                                 Tawana C. Marshall, Clerk of Court

                                 by: /s/K. Sauer, Deputy Clerk

BTXN 116 (rev. 07/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# APPEAL SERVICE LIST

## Transmission of the Record

BK Case No.: 10–36484–hdh11

Adversary No.: 11–03047–hdh

Received in District Court by: _____

Date: _____

Volume Number(s): _____

cc: Harlin DeWayne Hale
    Rob Colwell
    Jan Houchin
    Attorney(s) for Appellant
    US Trustee

**Appellant**  Endeavor Energy Resources, L.P., Acme Energy Services, Inc. d/b/a Big Dog Drilling and Acme Energy Services, Inc. d/b/a Rig Movers Express

Micheal W. Bishop, Esq.
H. Joseph Acosta, Esq.
LOOPER REED & MCGRAW, P.C.
1601 Elm Street, Suite 4600
Dallas, TX 75201
(214) 954–4135

Stanley E. Crawford, Jr., Esq.
JOHNSTON & ASSOCIATES, P.C.
400 West Illinois, Suite 1600
Midland, TX 79701
(432) 683–8844

**Appellee**  Heritage Consolidated, LLC and Heritage Standard Corporation

Joe E. Marshall
Kathleen M. Patrick
MUNSCH HARDT KOPF & HARR, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas, Texas 75201–6659
(214) 855–7500

BTXN 150 (rev. 11/10)

| | | |
|---|---|---|
| In Re:<br>Heritage Consolidated, LLC | §<br>§<br>§<br>Debtor(s) § | Case No.: 10–36484–hdh11<br>Chapter No.: 11 |
| Endeavor Energy Resources, L.P. et al. | §<br>Plaintiff(s) § | Adversary No.: 11–03047–hdh |
| vs.<br>Heritage Consolidated, LLC et al. | §<br>§<br>Defendant(s) § | |

# CIVIL CASE COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I. (a) APPELLANT**
Endeavor Energy Resources, L.P., Acme Energy Services, Inc. d/b/a Big Dog Drilling and Acme Energy Services, Inc. d/b/a Rig Movers Express

**APPELLEE**
Heritage Consolidated, LLC and Heritage Standard Corporation

(b) County of Residence of First Listed Party:
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Party:
(IN U.S. PLAINTIFF CASES ONLY)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Micheal W. Bishop, Esq.
H. Joseph Acosta, Esq.
LOOPER REED & MCGRAW, P.C.
1601 Elm Street, Suite 4600
Dallas, TX 75201
(214) 954–4135

Stanley E. Crawford, Jr., Esq.
JOHNSTON & ASSOCIATES, P.C.
400 West Illinois, Suite 1600
Midland, TX 79701
(432) 683–8844

Attorney's (If Known)
Joe E. Marshall
Kathleen M. Patrick
MUNSCH HARDT KOPF & HARR, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas, Texas 75201–6659
(214) 855–7500

**II. BASIS OF JURISDICTION**

○ 1 U.S. Government Plaintiff
○ 2 U.S. Government Defendant
● 3 Federal Question (U.S. Government Not a Party)
○ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**

| | | | | | |
|---|---|---|---|---|---|
| Citizen of This State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business In This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business In Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

**IV. NATURE OF SUIT**

● 422 Appeal 28 USC 158    ○ 423 Withdrawal 28 USC 157    ○ 890 Other Statutory Actions

**V. ORIGIN**

● 1 Original Proceeding
○ 2 Removed from State Court
○ 3 Remanded from Appellate Court
○ 4 Reinstated or Reopened
○ 5 Transferred from another district
○ 6 Multidistrict Litigation
○ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
28 USC 158

Brief description of cause:
Notice of Appeal of a Bankruptcy Court Order

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23    DEMAND $    CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**
Judge:                                        Docket Number:

DATED: 3/1/12                        FOR THE COURT:
                                     Tawana C. Marshall, Clerk of Court
                                     by: /s/K. Sauer, Deputy Clerk