BTXN 049 (rev. 12/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Heritage Consolidated, LLC §
§ Case No.:   10−36484−hdh11
                                  Debtor(s) §
§ Chapter No.:   11
Endeavor Energy Resources, L.P.  et al. §
                                  Plaintiff(s) §
§ Adversary No.:   11−03047−hdh
      vs. §
Heritage Consolidated, LLC  et al. § Civil Case No.:        3:12−CV−0640−N
                                  Defendant(s) §
§
Endeavor Energy Resources, L.P., Acme Energy §
Services, Inc. d/b/a Big Dog Drilling and Acme Energy §
Services, Inc. d/b/a Rig Movers Express §
                                  Appellant(s) §
      vs. §
Heritage Consolidated, LLC and Heritage Standard §
Corporation §
                                  Appellee(s)

# NOTICE OF TRANSMITTAL

I am transmitting:

☐   Two copies of the Motion for leave to Appeal 28 U.S.C. § (USDC Civil Action No. DNC Case).

☐   Two copies of the Motion for Stay Pending Appeal (USDC Action No. – DNC Case).

☐   Two copies of the Proposed Findings of Fact and Conclusions of Law.

☐   Two copies of Motion to Extend Time To File Designation (USDC Civil Action No DNC Case).

☐   On , the Record on Appeal was transmitted. The designation of record or item(s) designated by were not filed when the record was transmitted. The item(s) were filed on awaiting instructions from the assigned district judge.

☑   Other Appellee designation of contents for inclusion in record of appeal filed on 03/23/2012 in the Bankruptcy Court.

☐   Two copies of:

**TO ALL ATTORNEYS**: File all subsequent papers captioned and numbered with the appropriate division of the United States District Clerk's Office. Any questions concerning this proceeding should be directed to the U.S. District Clerk's Office at (214) 753−2200.

DATED:  4/3/12                    FOR THE COURT:
                                 Tawana C. Marshall, Clerk of Court

                                 by: /s/K. Sauer, Deputy Clerk