IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ENDEAVOR ENERGY RESOURCES L.P., *et al.*, | § § § § § | |
| Appellants, | § § | |
| v. | § § | Civil Action No. 3:12-CV-640-N (cons. with 12cv1109-N) |
| HERITAGE CONSOLIDATED L.L.C., *et al.*, | § § § § | |
| Appellees. | § | |

# **ORDER**

Pursuant to Federal Rule of Civil Procedure 42(a), Civil Action No. 3:12-CV-1109-N is consolidated with Civil Action No. 3:12-CV-0640-N.  Pursuant to Local Rule 42.1, the parties shall file all pleadings, motions, or other papers in Civil Action No. 3:12-CV-0640-N.

The Court orders the Clerk of the Court to administratively close Civil Action No. 3:12-CV-1109-N for statistical purposes.

Signed May 30, 2012.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE